IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JOHNATHAN W. WARD,              )
                                )
          Plaintiff,            )
                                )
     v.                         )     1:25-cv-706
                                )
MARY A. LOCKLEAR, and           )
YOLANDA M. GAUSE,               )
                                )
          Defendants.           )
```

## ORDER

On August 7, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new action, on the proper § 1983 forms and in the proper district, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of October, 2025.

                                                /s/ William L. Osteen, Jr.
                                          United States District Judge